Matter of Cheektowaga-Sloan Union Free Sch. Dist. (Ostempowski)
2026 NY Slip Op 03586
June 5, 2026
Appellate Division, Fourth Department
Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.
This decision is uncorrected and subject to revision before publication in the Official Reports.

CHEEKTOWAGA-SLOAN UNION FREE SCHOOL DISTRICT, PETITIONER-APPELLANT, AND
v
MARK OSTEMPOWSKI, RESPONDENT-RESPONDENT.

Supreme Court of the State of New York, Appellate Division, Fourth Judicial Department
Decided on June 5, 2026
435 CA 25-01410
Present: Whalen, P.J., Bannister, Greenwood, Nowak, And Hannah, JJ.

HORTON LAW PLLC, ORCHARD PARK (SCOTT P. HORTON OF COUNSEL), AND BOND, SCHOENECK & KING, PLLC, BUFFALO, FOR PETITIONER-APPELLANT.
ROBERT T. REILLY, WILLIAMSVILLE (JENNA S. BURKE OF COUNSEL), FOR RESPONDENT-RESPONDENT.

Appeal from an order of the Supreme Court, Erie County (Emilio Colaiacovo, J.), entered February 7, 2025. The order denied the petition to vacate an arbitration opinion and award.
[*1]
It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs.
Entered: June 5, 2026
Ann Dillon Flynn
Clerk of the Court